**Entered on Docket**
**January 24, 2018**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



The following constitutes the order of the court.
Signed January 23, 2018

_William J. Lafferty, III_

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| In re | No. 18-40022 |
| Leah Licarte Roxas, | Chapter 13 |
| Debtor. | |

**MEMORANDUM REGARDING VENUE**

On January 3, 2018, Debtor filed a *Chapter 13 Voluntary Petition* (doc. 1) in the above-captioned case. Debtor appears to reside in Sacramento County, which is in the Eastern rather than the Northern District of California. Debtor may file with the court an explanation as to why this case should not be transferred, pursuant to 28 U.S.C. Section 1408, to the Sacramento Division of the Eastern District on or before January 30, 2018. Otherwise, the case will be so transferred.

**\*END OF MEMO\***

1

1
2
3

## <u>COURT SERVICE LIST</u>

4
5
6

**Leah Licarte Roxas**
2 Donson Court
Elk Grove, CA 95758

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2